**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   November 4, 2009 |
| E.C.R./Reporter:   Therese Lindblom | |

Civil Action No: **09-cv-1932-WYD**                               Counsel:

IN RE: RICKY DONOVAN VAN VLEET

**DOUGLAS L. BAILEY**,                                          Garry R. Appel

      Appellant,

v.

**TOM H. CONNOLLY**,                                          Douglas W. Jessop

      Appellee.

**COURTROOM MINUTES**

**HEARING ON MOTION TO ABATE BRIEFING SCHEDULE**

**1:32 p.m.**      Court in Session

        APPEARANCES OF COUNSEL.  Douglas W. Jessop appears telephonically.

        Court's opening remarks.

        Appellant's Motion to Clarify Appeal Status and Abatement of Briefing Schedule [doc. #9], filed October 8, 2009, is raised for argument.

1:35 p.m.      Argument by Appellant (Mr. Appel).

1:38 p.m.      Argument by Appellee (Mr. Jessop).

1:39 p.m.      Argument by Appellant (Mr. Appel).

**ORDERED:**   Appellant's Motion to Clarify Appeal Status and Abatement of Briefing Schedule [doc. #9], filed October 8, 2009, is **DENIED.**

**ORDERED:**   Appellant's opening brief shall be filed not later than **Friday, December 4, 2009.**

**ORDERED:**   Appellee's response brief shall be filed not later than **Monday, January 4, 2010.**

**ORDERED:**   Appellant's reply brief shall be filed not later than **Friday January 22, 2010.**

**1:42 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:10**